CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 20 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KERA FERGUSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:19-cv-00006 |
| KROGER LIMITED PARTNERSHIP I, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff, Kera Ferguson, and defendant, Kroger Limited Partnership I, by and through their undersigned counsel, come before the Court to stipulate to dismissal of this matter in its entirety, as the parties agree to dismissal of this action with prejudice.

For good cause shown, and it appearing to the Court that the parties have reached a settlement, it is hereby ORDERED that this matter be and hereby is DISMISSED WITH PREJUDICE. Each party is to pay its own costs and attorneys' fees in this matter.

This Order is FINAL.

Entered this 20 day of June, 2019.

/s/ James P. Jones
USDJ

WE ASK FOR THIS:

/s/   C. Kailani Memmer
C. Kailani Memmer (VSB No. 34673)
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY
MEMMER & SKAFF PLC
400 Salem Ave., SW, Suite 100
Roanoke, Virginia A 24016
Telephone:  (540) 767-2200
Facsimile:  (540) 767-2220
kmemmer@glennrob.com
vskaff@glennrob.com

*Counsel for Defendant*


/s/   Anthony E. Collins
Anthony E. Collins (VSB No. 30270)
COLLINS LAW FIRM
P.O. Box 3465
Wise, Virginia 24293
Telephone:  (276) 328-2433
Facsimile:  (276) 328-2217
aeclaw1@verizon.net

*Counsel for Plaintiff*